**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Zhiyong Chen,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

Case No.: 1:26-cv-04665

Honorable Joan H. Lefkow

**ORDER AUTHORIZING DEDUCTION AND REMITTANCE OF SETTLEMENT FUNDS FROM E-COMMERCE PLATFORM**

Plaintiff Zhiyong Chen ("Plaintiff") and Defendants listed in Exhibit 1 ("Defendants") (collectively, the "Parties") reached settlements in this case and executed Settlement Agreements. Among other terms, the Parties agreed that the Defendants shall pay Plaintiff the settlement in the amounts identified in Exhibit 1 through a deduction directly from the Defendants' Amazon seller accounts.

It is therefore ordered that Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") shall deduct the amounts identified in Exhibit 1 from the Amazon seller accounts associated Defendants identified therein and remit those amounts to Plaintiff's counsel within seven (7) days of receiving this Order.

IT IS SO ORDERED.

Dated: July 1, 2026

Joan H. Lefkow

Joan H. Lefkow
United States District Judge

**EXHIBIT 1**

| No. | Defendant Store Name | Merchant ID | Settlement Amount (USD) |
|---|---|---|---|
| 1 | Happy Maple Store | A1UBWJ9N11IAIW | $6,360 |
| 2 | Demeris Aster | A3BN156M7XRHCQ | $1,610 |
| 3 | MINGRUAN-SM | A142JBQ113BT22 | $1,580 |
| 4 | EXDCH035 | A1TCHGECN9TRUS | $1,390 |
| 5 | Yuexin Health Shop | A2DFHJ9DNOHQL0 | $1,380 |
| 6 | yejunshangmaodian | ALPVSG0R3CJP9 | $1,210 |
| 7 | Arcadia Home Goods | A3ALYBLT72JCVW | $173,360 |
| 8 | Quillon Parlor | AHVGKAH3ZGLAQ | $1,120 |
| 9 | EXDCH160 | A2WW1F1V2DU8LH | $1,110 |
| 10 | EXDCH034 | AB2JLTFROQIR7 | $1,050 |
| 11 | ZhengXinTaiHeShangMao | AH20NG9BSG1BH | $1,050 |
| 12 | Blue Valley Direct | A3EBYQU79G4367 | $1,040 |
| 13 | Lucky Harbor Supply | A25W3TC8H1FA15 | $78,610 |
| 14 | dongxinqudesongbaihuoshanghang | A1DBMH7YEOY2N3 | $11,980 |
| 15 | Nova Orchard Store | ATIB85WC8IS61 | $11,920 |
| 16 | TangZhouHongShengJiu | A1MDRED15YYWSC | $11,250 |
| 17 | HomeBreath | A2PYWKQQISGODJ | $11,150 |
| 18 | WilloughbyMall | A3MT1K0HVVFCJ0 | $10,830 |
| 19 | OneXian | A12BNO94YSASTO | $6,210 |
| 20 | FuLinWanJiaShiPinJia | A1UZPOYT9JEVTE | $6,150 |
| 21 | FnokuxzLife | A1975S4O7K550V | $6,030 |
| 22 | HDDAKJ | A36IVHEXKX5830 | $5,920 |
| 23 | leojin | ATKQIRBHKVGK6 | $5,880 |
| 24 | Top Breeze Direct | AF1PRKOJML84B | $5,740 |
| 25 | Platicat US | A2RQY1HV3TR3X3 | $5,660 |
| 26 | ZXD&Cat | A18KYPXWN2OC72 | $5,630 |
| 27 | LINYANGSHENG | A1NV2AZIFL8J36 | $5,320 |
| 28 | Koriderm Cream Official | A1XZ8X75P7ES5Z | $59,540 |
| 29 | Belano-US | A16NZ8EDG782HJ | $17,780 |
| 30 | SENYANG SHOP | A2AN8TV32QXDUG | $17,210 |
| 31 | Qilin Home Supply | A5HRCYEE6Y0G | $16,550 |
| 32 | Ravento Health Market | AB806BCUQOZ6O | $16,530 |
| 33 | ZYI Mushroom | AAT9JDZQFXOML | $14,980 |
| 34 | Velora Skin Direct | A18FXFMJT1II8M | $7,930 |
| 35 | Bombonds Official-US | AUUSD5W3L885W | $7,800 |
| 36 | Oporyer | A2O83XHBREYECU | $7,790 |
| 37 | taianshisenyangyuanyuanlinyouxiangongsi | A2EG6K243ZAPCM | $7,560 |

| | | | |
|---|---|---|---|
| 38 | Cloud Mountain Goods | A6BBSXRH5V5HF | $7,510 |
| 39 | Recuvia US | A1RCNRUSAPKM6C | $4,870 |
| 40 | EverSpring Pro Store | AVKRUJXI0YUYB | $4,820 |
| 41 | Suiun Dress | AJQ7AKZBRPSYO | $4,540 |
| 42 | WEI Direct | AETJ03RBYBBGQ | $4,510 |
| 43 | Sunrise Leaf Supply | A1O7L0V1EKVCZ6 | $207,300 |
| 44 | Whollyas Official Store - US | APIS8Y5QPECE | $1,870 |
| 45 | Namageer (7-14 days Arrive) | A3BPD0JF9BCD92 | $1,780 |
| 46 | EXDCH046 | A3UI6A28OV6KNH | $970 |
| 47 | Exerciseis | A3OOF84C7S57L8 | $550 |
| 48 | Zhongshan Beauty Life | A2BCTGNDAGR1LE | $45,770 |
| 49 | nanyangbaifengmaoyiyouxiangongsi | A3JJAN78138FSA | $25,130 |
| 50 | SHIWEIDEDIAN | A3229JIT5JO7HL | $21,570 |
| 51 | Huaxin Outdoor Store | AS54XQZCT20BE | $21,420 |
| 52 | haojianzhulao | A6VBYAG57FS6K | $10,750 |
| 53 | Yatker Pro Store | A13VHCYUB04KQ8 | $10,570 |
| 54 | Wthhf | A30WXRE96IHFN9 | $8,380 |
| 55 | Valora Organic | A2UKN3EK6CRK5B | $8,330 |
| 56 | 象阳 | A5KM5IW8C2AQL | $7,990 |
| 57 | Green Tiger Trading | A1M34N4Y7UC57I | $7,930 |
| 58 | guangzhoushaoxidianzishangwuyouxiango ngsi | AGCY3J6K61I3D | $7,190 |
| 59 | Smoking Inhaler | A2NPG18770LLHP | $4,710 |
| 60 | Xinyi Global Shop | A18PR9R0XZOL6S | $4,570 |
| 61 | Golden Leaf Mall | A2HAZM19IWQ2ZO | $4,570 |
| 62 | Lucky Little Shop | A1S0VRZMNDLSSF | $4,470 |
| 63 | xiaoqiangbao | AHAZYDWM7S0NJ | $66,540 |
| 64 | Minghao Daily Goods | A1444LQ39YU7VO | $13,920 |
| 65 | muxishenghuoyong | A27MC8MRYONVQT | $13,900 |
| 66 | Tavira Orchard | A1ZEWTLGJEINF4 | $13,630 |
| 67 | QEJ-US | A2GF5LNMOYNCH3 | $13,030 |
| 68 | Lumine Skin Official | A352EXV1MOC7UC | $12,920 |
| 69 | zhiwoUS | AK651M2PJ4YJ0 | $7,160 |
| 70 | Quickix-US | A30DMKKU89NGJ7 | $7,100 |
| 71 | WTTBD | A13Y8V3B2JHXDA | $7,100 |
| 72 | Yaoce hair | A2C33WOC5OW0IF | $6,910 |
| 73 | Bocello-Lin Wen | A3PF2TSER9VG0B | $6,650 |
| 74 | Hzyniu Store - US | A1AGALFESP90WR | $6,410 |
| 75 | COC-1900 | A3BAN668IMX13D | $5,310 |
| 76 | Doletics-US | A28KOTX5SZ2XX3 | $5,040 |